**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ROWAN COMPANIES INC., ET AL**                         **CIVIL ACTION**

**VERSUS**                                                **No. 05-30**

**GREATER LAFOURCHE PORT**                        **SECTION "K"(2)**
**COMMISSION, ET AL.**

## ORDER

A hearing was held on April 5, 2006 to discuss defendant Core Industries' Motion for

Summary Judgment (Rec. Doc. No. 60).  For the reasons stated orally on the Record, the motion

is hereby **DENIED.**

Signed this  6th  day of April, 2006 in New Orleans, Louisiana.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**