UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROWAN COMPANIES INC., ET AL**　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　**No. 05-30**

**GREATER LAFOURCHE PORT**　　　　　　　　　　**SECTION "K"(2)**
**COMMISSION, ET AL.**

## ORDER

　　Before the Court is a Motion for Summary Judgment (Rec. Doc. 95) filed by defendant J.W. Plaisance, Inc. seeking the dismissal of the cross-claim of co-defendant Continental Construction Company. At oral argument held on July 12, 2006 the Court was informed by Continental's counsel that said motion is unopposed. Accordingly,

　　**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. 95) is **GRANTED** such that the cross-claim of co-defendant Continental Construction Company as against defendant J.W. Plaisance. Inc. (contained in Rec. Doc. No.33) is hereby **DISMISSED** with prejudice.

　　Signed this 18th day of July, 2006 in New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　　　**STANWOOD R. DUVAL, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**