UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROWAN COMPANIES INC., ET AL**                                **CIVIL ACTION**

**VERSUS**                                                      **No. 05-30**

**GREATER LAFOURCHE PORT**                                      **SECTION "K"(2)**
**COMMISSION, ET AL.**

### ORDER

Before the Court is a Motion for Partial Summary Judgment (Rec. Doc. No.107) filed by defendant Greater Lafourche Port Commission seeking the dismissal of the cross-claim against it brought by co-defendant Continental Construction Company. At oral argument held on July 12, 2006 the Court was informed by Continental's counsel that said motion is unopposed. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. No.107) is **GRANTED** such that the cross-claim of co-defendant Continental Construction Company as against defendant Greater Lafourche Port Commission (contained in Rec. Doc. No. 33) is hereby **DISMISSED** with prejudice.

Signed this 18th day of July, 2006 in New Orleans, Louisiana.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE